UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA VOLLE,<br><br>    Plaintiff,<br><br>v.<br><br>SHERWIN PETROLEUM, INC.,<br><br>    Defendant. | Case No. 19-cv-00545-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having granted plaintiff's motion for default judgment,

it is Ordered and Adjudged

that judgment is hereby entered in favor of plaintiff and against defendant.

The court ORDERS judgment for plaintiff in the amount of $13,867, payable by defendant within 90 days, unless the parties stipulate to another deadline.

**IT IS SO ORDERED.**

Dated: January 16, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge